| 33   197|
|p33   199|

PLEDGE, APPELLANT, *v.* TWEEDIE, RESPONDENT.

(No. 2,191.)

(Submitted November 8, 1905.  Decided November 17, 1905.)

(For syllabus, see *Pledge* v. *Griffith, ante,* page 191.)

*Appeal from District Court, Valley County; Henry C. Smith, Judge.*

PROCEEDING instituted by T. R. Pledge, as an elector of Valley county to contest the election of James Tweedie, as assessor of that county.  From a judgment in favor of contestee, the contestant appeals.

*Mr. Jesse B. Roote, Mr. William G. Downing,* and *Messrs. Hurd & Dignan,* for Appellant.

*Mr. Sam. Stephenson,* for Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts in this case are similar to those in the case of *Pledge* v. *Griffith,* this day decided.  (*Ante,* p. 191.)

At the general election of 1904, Roswell L. Branson was the Democratic nominee for the office of county assessor of Valley county, and this respondent was the Republican nominee for the same office.  The appeal is from the judgment declaring this respondent duly elected.

The contentions are the same as in the case of *Pledge* v. *Griffith* above.  The district court found that respondent

Tweedie received a total of 590 votes, 40 of which were cast at Poplar precinct; and that his opponent, Branson, received 543 votes, 9 of which were cast at Poplar precinct. For the reasons stated in the opinion in *Pledge* v. *Griffith,* above, the judgment is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE MILBURN concur.